# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID C BALCERZAK,

        Plaintiff,

v.                                                        Case No:   6:23-cv-757-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 19)
>
> **FILED:** June 27, 2023
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 20–22.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, to include "offering Plaintiff the opportunity for a new hearing, obtaining supplemental vocational expert testimony if necessary, and issuing a new decision."  Doc. No. 19.  Plaintiff does not object to the motion.  *Id.* at 1.

Upon consideration, the Court finds the request well taken.  *See* 42 U.S.C. § 405(g).  Accordingly, it is **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 19) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties